

**SEALED**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: 25-mj-05450

The person charged as GEORGE RUSSELL ISBELL, JR. now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Middle District of Florida with: Mailing Threatening Communications, in violation of 18 U.S.C. Section 876(c).

The Criminal Complaint, Arrest Warrant, Motion to Seal, and Sealing Order which were issued by the United States District Court for the Middle District of Florida and are currently filed under seal are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 10/7/2025

*Graham King*
GRAHAM KING
Special Agent
Federal Bureau of Investigations

Reviewed and Approved

Dated: 10/7/2025

*/s/ Timothy F. Salel*
TIMOTHY F. SALEL
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| GEORGE RUSSELL ISBELL, JR. | ) Case No. 8:25-mj-3195-LSG |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GEORGE RUSSELL ISBELL, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Mailing threatening communications, in violation of 18 U.S.C. § 876(c)

Date: 10/3/25

Issuing officer's signature

City and state: Tampa, Florida

LINDSAY S. GRIFFIN, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Arresting officer's signature

_____
Printed name and title

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| GEORGE RUSSELL ISBELL, JR. | ) Case No. 8:25-mj-3195-LSG |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 18, 2025__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 876(c) | Mailing threatening communications |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Steven Thames
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 10/3/25

_____
*Judge's signature*

City and state: Tampa, FL     Lindsay S. Griffin, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Steven Thames, being duly sworn, declare and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.　I am a Special Agent ("SA") with the Federal Bureau of Investigation (FBI), where I have served since August 2016. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately nine years. I am currently assigned to the FBI's Tampa Field Office, located in Tampa, Florida. My official duties include, but are not limited to, the investigation of domestic terrorism and related crimes as a member of the Joint Terrorism Task Force ("JTTF"). As a Special Agent, I am a federal law-enforcement officer under applicable provisions of the United States Code and the Federal Rules of Criminal Procedure. I have received training in and have experience in the enforcement of the laws of the United States, including laws related to threats, domestic terrorism, and, among others, conspiracies that involve the use of violence against people and property. Additionally, I have received training in and have experience in making arrests and conducting searches, including searches involving computers, cellular telephones, and other data-storage devices. I have completed hundreds of hours of training in numerous areas of law enforcement investigations and techniques. In the course of my employment as a Special Agent with the FBI, I have received training regarding the application for and execution of both search and arrest warrants. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors

associated with targeted violence. In my current assignment, I have participated in and conducted investigations involving several different violations of federal law, including threatening communications both locally and interstate.

2. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in enforcing federal criminal laws and I am authorized by the Attorney General to request an arrest warrant, among other things, for violations of the laws of the United States.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for George Russell ISBELL JR. (hereinafter "ISBELL JR") for a violation of Title 18, United States Code, Section 876(c).

4. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, intelligence analysts, and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of this investigation. The dates, times, and amounts discussed herein are approximate. Moreover, where the content of records and the actions, statements, and conversations of others are described, they are described in sum and substance and in part, except where otherwise indicated.

## STATUTORY AUTHORITY

5.  Title 18, United States Code, Section 876(c) makes it a federal crime for any person to knowingly deposit in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service or knowingly causes to be delivered by the Postal Service according to the direction thereon, any communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to kidnap any person or any threat to injure the person of the addressee or of another.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6.  On or about September 25, 2025, FBI Tampa was notified of a threatening letter received by VICTIM 1 and his family in Tampa, Florida. Tampa Police Department (TPD) was initially notified on or about September 24, 2025. Patrol units responded to residence, obtained a statement by VICTIM 1 and his family, and collected the letter as evidence for forensic analysis.



Why was I not surprised to see you wrap yourself in the flag.

You are Charlie Kirk Jr. Sick of you white cis Christian whiners spewing hate while hiding under the veneer of legitimate debate. You and all your fellow WHITE MAGA podcasters are nothing but revolting white racists and pedophiles.

Saw you have millions of racist subscribers. I must admit I did not realize how many of you shallow bigoted slugs exist in the US. You all need to be exterminated. Don't worry-wont be me- I'm not giving up my freedoms for worm shit like you.

Please give my regards to Brendan Carr, a dazzling piece of Catholic shit and contributor to P25 you interviewed. Another prostrating Trump boot licker like yourself.

Nothing I write here today is going to influence you, but it is not intended to. You are obviously a lost, disgruntled, petty, and pathetic waste of flesh with no value to the human race.

The world has so much hate and pain thanks to people like you and Charlie Kirk. You are an EVIL man. Do you dream of hurting other humans when you're asleep besides during every waking moment? Here is hoping the American flag strangles the life out of you. My uncle drowned in the Rhine River to defeat fascists like you and I will not let his death be in vane.

The saddest part of your drivel is your contamination of naïve minds. **_Maybe someone will blow your head off!!!_** We can hope! Planning any public engagements? Love to see your head explode and your blood stain the concrete red. What a sight!

4

7.      On or about September 25, 2025, FBI Tampa Special Agent and Tampa Police Department Detective interviewed VICTIM 1 at his place of work in Tampa, Florida at approximately 2:30 PM EST. During the interview, VICTIM 1 stated that his wife initially received the letter. VICTIM 1 stated that his family received threats on a regular basis but once Charlie Kirk[1], his friend, was murdered, VICTIM 1 stated that he takes these threats more seriously. VICTIM 1 felt this threat was directed at him and his family. VICTIM 1 planned to move in the near future and stated that his current residence was publicly available online for anyone to search and find.

8.      On or about September 25, 2025, FBI Tampa coordinated with the United States Postal Inspection Service (USPIS) to determine the originating mailing location. From the report obtained by USPIS, as of September 29, 2025, Letter Mail Tracking (LMT) analysis was performed using one first class mail piece received from VICTIM 1. The first-class mail piece was processed on September 18, 2025, at the United States Postal Service Margaret Sellers Processing and Distribution Center (USPS Margaret Sellers P&DC), located at 11251 Rancho Carmel Drive, San Diego, CA 92199. The mail piece was processed on September 18, 2025, between 23:30 and 23:59. Based upon the results, the report found that the mailing was deposited in the USPS Margaret Sellers P&DC service area sometime between the evening of

---

[1] Prior to his murder in September of 2025, Charlie Kirk was a conservative political activist and media personality who worked with high school and college students through his company, Turning Point, USA, Inc. VICTIM 1 is also a conservative media personality who was Charlie Kirk's friend. On September 10, 2025, Mr. Kirk was tragically murdered while speaking at an event on the campus of Utah Valley University in Orem, Utah.

Wednesday, September 17, 2025, and the afternoon of Thursday, September 18, 2025.

9. From analysis and review of the front envelope, a comprehensive LMT analysis was performed using several LMT resources. An address analysis of letter mail processed in sequence of the above mail piece as well as a review of other mail piece attributes was performed for September 18, 2025. A comparison of ID Tags from the mail piece to all available ID tags (two) of the sequential mail pieces from the address analysis allowed the likely areas of acceptance to be established. Through the comparison of the above mail pieces to the address analysis results, coupled with the review of inbound transportation to the USPS Margaret Sellers P&DC determined the originating points came from San Diego, Chula Vista, and/or Coronado, California.

10. On or about September 26, 2025, FBI Tampa provided the letter to FDLE lab for forensics analysis. The letter was then transported to the FDLE lab in Pensacola, Florida on or about September 26, 2025. Forensics analysis was able to attain two (2) fingerprints from the letter that came back as matches to George Russell Isbell Jr. as well as multiple fingerprints from the letter or envelope that came back as matches to VICTIM 1's wife and a member of VICTIM 1's security detail who had touched the letter. Additionally, forensics analysis was able to attain one (1) fingerprint from the envelope that came back as a match to INDIVIDUAL 1. Investigation revealed that INDIVIDUAL 1 works at the UPS Store where VICTIM 1 rents a mailbox.

11. FBI Tampa conducted baseline checks and determined that George Russell Isbell Jr resided at a residence in San Diego, California, approximately 20 miles away from the aforementioned USPS Margaret Sellers P&DC.

## CONCLUSION

12. Based on the above, there is probable cause to believe that ISBELL JR. has violated 18 U.S.C. § 876(c). Accordingly, I respectfully request issuance of the proposed Criminal Complaint and Arrest warrant.

STEVEN THAMES
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this __3__ day of October, 2025.

HON. LINDSAY S. GRIFFIN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                       CASE NO.    8:25-mj-3195-LSG

GEORGE RUSSELL ISBELL, JR.

**MOTION TO SEAL COMPLAINT
AND RELATED DOCUMENTS**

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Complaint, the file copy of the warrant(s), this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant. Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Complaint in this case except when necessary to provide certified copies of the Complaint to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when the named defendant is taken into custody.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/ Joseph H. Wheeler III*

Joseph H. Wheeler III
Special Assistant United States Attorney
Florida Bar No. 87451
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail:  joseph.wheeler2@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:25-mj-3195-LSG

GEORGE RUSSELL ISBELL, JR.

## ORDER

The Motion to Seal Complaint and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Complaint and associated documents in this cause except when necessary to provide certified copies of the Complaint to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

The Clerk is further ordered to unseal all documents relating to the Complaint without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 3rd day of October, 2025.

 _____
HONORABLE LINDSAY S. GRIFFIN
United States Magistrate Judge